EDWARD TIMMONS, Respondent, v. THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the finding of the jury that the circumstances were such as to not justify the officer in shooting the plaintiff is against the weight of the evidence. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. WILLIAMS, Appellant.— Judgment of conviction and orders affirmed. All concurred, except Foote, J., who dissented.

WILLIAM MEISSNER, Respondent, v. HARTMANN SEEGER, Appellant. — Judgment affirmed, with costs. All concurred, except Lambert and De Angelis, JJ.; who dissented.

FRED WALRADT and Another, as Administrators, etc., Respondents, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote and Merrell, JJ., who dissented.

CHARLES PIERCE, Respondent, v. G. W. SMITH COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER A. KILTS, Appellant.— Judgment of conviction reversed upon the law and facts and a new trial granted. Held, 1. That the finding that the defendant willfully and knowingly swore falsely is against the weight of the evidence. 2. That the court erred in admitting evidence that the defendant's creditors relied upon statements contained in the affidavit that defendant was worth $10,000. 3. That the court erred in charging the jury upon the question of good character. 4. That a serious question would be presented as to the sufficiency of the indictment if that question had been raised on the trial. All concurred; De Angelis, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS HYMAN, Appellant.— Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure. All concurred.

JOHN S. SMITH, Respondent, v. THE ALABAMA LUMBER AND COOPERAGE COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court erred in ruling as matter of law that the only question was that of damages, and in holding as a matter of law that the unguarded belt was the proximate cause of the injury. The questions of defendant's liability should have been submitted to the jury. All concurred.

HANNAH C. PRITCHARD and Another, Respondents, Appellants, v. SIMEON H. MARTIN and Others, Appellants, Respondents.— Judgment affirmed, without costs of this appeal to either party. All concurred; De Angelis, J., not sitting.